# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

COMPLAINT

CHRISTOPHER BRIAN MILLER # 198971

V.                              CASE NO. 3:25 CV-755-DPJ-ASH

WILDLIFE & FISHERMAN OFFICERS: MR. GRAHAM and MR. JOHN DOE, in their individual capacities,

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT - 6 2025
BY ARTHUR JOHNSTON DEPUTY

## I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff Miller seeks declaratory relief pursuant to 28 U.S.C. section 2201 and 2202. Plaintiff Miller Claims for injunctive relief are authorized by 28 U.S.C. Sections 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Southern District of Mississippi is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events

giving rise to this ~~clam~~ claim occurred.

## II. PLAINTIFF

3. Plaintiff Christopher Miller is and was at all times mentioned herein a law abiding citizen of the State of Mississippi. He is currently confined in the Kemper Neshoba Regional Correctional Facility in DeKalb, Mississippi.

## III. DEFENDANT(S)

4. Defendant Graham and Doe are Wildlife & Fishermen Officers and/or Agents of the Lauderdale County Sheriff's Department. They are responsible for the fishing and Wildlife regulations of Lauderdale County, Mississippi.

5. Each defendant is sued in their individual capacity. At all times mentioned in this complaint, each defendant acted under color of state law.

## IV. FACTS

6. At all times relevant to this case, Plaintiff Christopher Miller possessed his right to be secure in his own person.

and effects, against unreasonable searches and seizures.

7. On or about the 16th day of February, 2025, Plaintiff, with another occupant inside his vehicle, drove to Lake Tom Bailey, located in Lauderdale County, Mississippi (Ms.)

8. After parking in a designated area, plaintiff and the occupant were sitting in his vehicle enjoying the public view and having a casual & intellectual conversation, ~~that~~ this lasted for maybe fifteen (15) minutes

9. Suddenly, the Wildlife and Fishermen drove their vehicle (Truck) to the front of plaintiff's vehicle and stopped face to face; their names are Officer Graham and Officer John Doe,

10. Officer Graham then exit his vehicle after it stopped, to proceed to plaintiff's drivers side window without provocation, and told him to "roll down his window," plaintiff then informed the defendant that his window would not roll down.

11. Defendant then stated: "turn your vehicle off," plaintiff then asked "why, what did I do wrong," defendant then pulled his service weapon from his holster, only to point it at the plaintiff in a "show of authority"

12. Defendant John Doe was the driver of the Wildlife and Fisherman Vehicle, as he then proceeded to drive into plaintiff's vehicle, also without provocation

13. Plaintiff became more frightened by this action of defendant John Doe, then plaintiff proceeded to drive away but eventually stopped due to running out of gas

14. After plaintiff Vehicle was stopped, defendants caught up to him, after plaintiff got out of his vehicle, defendant John Doe tased plaintiff to stop him from running on feet

15. Plaintiff, after being tased, fell to the ground, got handcuffed, and placed under arrest without being Mirandarized, then Charged with assault on an elected official x2, Felony Fleeing & Eluding and possession of a Controlled substance

16. Plaintiff was then taken to the Lauderdale County Sheriff's Office / Detention Facility, to be booked in for receiving; plaintiff was never taken to the Hospital for a Check-up after being tased

## V. Legal Claims

17. The acts and/or omissions of defendants Graham and John Doe by intrusion upon plaintiff's individual ~~personal~~

personal security without Constitutionally adequate reasonable grounds for doing so, violated plaintiff's rights of the Fourth (4TH) and Fourteenth (14TH) Amendment to the United States Constitution

18. The acts and/or omissions of defendant John Doe by ramming the Wildlife & Fisherman Vehicle into plaintiff's vehicle was an intentional tort of Assault & Battery, following plaintiff was also tased, falsely arrested, subjected to an abuse of process, and intentional infliction of emotional distress; the harm plaintiff suffered is caused by the actions of the John Doe defendant

19. The plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

## VI. PRAYER FOR RELIEF

~~20.~~

WHEREFORE, Plaintiff respectfully pray that this court enter Judgment:

20. Granting Plaintiff Miller a declaration that the acts and

omissions described herein violate his rights under the Constitution and laws of the United States, and

21. A preliminary and permanent injunction ordering defendants Graham and John Doe to cease their Constitutional violations and violence toward plaintiff Miller, and

22. Granting Plaintiff Miller Compensatory damages in the amount of $6,000 against each defendant, jointly and severally.

23. Plaintiff seek punitive damages in the amount of $6,000. Plaintiff Miller seeks these damages against each defendant, jointly and severally.

24. Plaintiff seek recovery funds of $10,000, plaintiff had to pay for bail bond ~~bong~~ services.

25. Plaintiff also seek a jury trial on all issues triable by jury.

26. Plaintiff also seek recovery of his costs in this suit, and

Any additional relief this court deems just, proper, and equitable.

Dated: October 1st 2025

Respectfully submitted,

Christopher B. Miller #198971
Kemper Neshoba Regional Correctional Facility
374 Stennis Industrial Park Road
DeKalb, Ms. 39328

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, I certify under penalty of perjury that the foregoing is true and correct.

Executed at DeKalb, Mississippi on October 1st 2025

_Christopher Miller_
Christopher Miller

To: United States District Court Clerk
501 East Court Street, Suite 2.500
Jackson, Mississippi 39201

From: Mr. Christopher Brian Miller # 198971
374 Stennis Industrial Park Road
Dekalb, Mississippi 39328

Re: Civil Name: Miller v. Mr. Graham, et al.

Date: October 1st, 2025

## Defendant(s) Address

Defendant(s) Address is 1505 East Over Drive, Jackson, Mississippi 39211, as this address, based on information and belief, is the headquarters of the Wildlife and Fisherman Officers for the entire State of Mississippi, as I am not sure of this information, due to limited access to a secure resource.

Respectfully submitted,

s/ Christopher Miller